IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:04cv707-T |
| | ) | W |
| JAPONICA SHRELL BIBB | ) | |

**ORDER ON MOTION**

On May 13, 2005, the *pro se* movant, Japonica Shrell Bibb, transmitted to the Clerk a letter in which she "request[s] an answer" from the court to her motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255.

Bibb is **ADVISED that all requests for relief should be made in a pleading duly filed with the Clerk with a copy served on the United States; the rules of this court do not permit the filing of letters on pending motions, and such correspondence will not be filed hereafter.**

The Clerk is **INSTRUCTED** to docket Bibb's letter as a "*motion for status*." So construed, the *motion for status* (Doc. 14) is **GRANTED**, and Bibb is advised that her § 2255 motion is being processed in due course, and a judicial ruling will be forthcoming as soon as practicable.

**This is the second time within a month that Bibb has forwarded to the Clerk a letter of this character (*see* Doc. 12, filed April 6, 2005); having already advised her that such correspondence is not a proper pleading (*See Order* filed April 8, 2005, Doc. 13), the Court NOW deems it appropriate not only to advise her that no further**

**correspondence of this character will be docketed or otherwise acknowledged by the Court but also to INSTRUCT THE CLERK not to docket any similar correspondence transmitted for filing but instead to return it promptly to Bibb with notice to the court. Moreover, should Bibb persist in submitting non-conforming pleadings, she is warned that such action may be deemed contemptible behavior which merits the imposition of serious sanctions.**

   Done this 17th day of May, 2005.


                    /s/ Delores R. Boyd
                    DELORES R. BOYD
                    UNITED STATES MAGISTRATE JUDGE