IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAPONICA SHRELL BIBB, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 2:04cv707-MHT |
| | ) | [WO] |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

On July 17, 2006 (Doc. No. 16), the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation is adopted and the 28 U.S.C. § 2255 motion filed by petitioner Japonica Shrell Bibb is denied, as the claims therein entitle her to no relief.

DONE, this the 9th day of August, 2006.

        /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE