IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAPONICA SHRELL BIBB, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 2:04cv707-MHT |
| | ) | [WO] |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## JUDGMENT

In accordance with the order entered today, it is ORDERED, ADJUDGED, and DECREED that this case is dismissed, as the claims therein entitle petitioner Japonica Shrell Bibb to no relief.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 9th day of August, 2006.


　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE